## BOB SELF v. STATE.

No. A-1390. Opinion Filed September 14, 1912.

(126 Pac. 582.)

APPEAL—Failure to File Record. If an appeal in a felony case is not perfected by filing the record in this court within six months after the date of judgment against the appellant, this court will not acquire jurisdiction of said appeal, and it will be dismissed.

(Syllabus by the Court.)

*Appeal from District Court, Hughes County;*
*John Caruthers, Judge.*

Bob Self was convicted of grand larceny, and appeals. Dismissed.

*Walker & Fancher* and *B. J. Hicks,* for appellant.

*Smith C. Matson,* Asst. Atty. Gen., and *H. A. King,* for the State.

FURMAN, P. J. Judgment was rendered against appellant on the 9th day of March, 1911, but the record was not filed in this court until the 21st day of September, 1911, which was more than six months after date of rendition of judgment. Under these conditions, this court does not acquire jurisdiction of the appeal. Nothing is left for us to do, except dismiss the appeal. For a full discussion of this question, see *Farmer v. State,* 5 Okla. Cr. 151, 114 Pac. 753.

The appeal is therefore dismissed.

ARMSTRONG and DOYLE, JJ., concur.